UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Heinz Kauhsen, d/b/a Classic Racing Cars<br><br>         *Plaintiff*,<br><br>-against-<br><br>Aventura Motors, Inc.<br><br>         *Defendant*. | Civil Action No.<br>09-4114<br><br>Filed electronically<br><br>**DEFAULT BY CLERK** |

  It appearing from the records in this action that the Summons and Verified Complaint have been served upon Defendant Aventura Motors, Inc., and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that said Defendant has failed to plead or otherwise defend this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

  Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendant Aventura Motors, Inc. hereby is entered.

DATED: _____  By: _____

                       Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system with the clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail, postage prepaid, to Aventura Motors, Inc., 566 County Road 39, Southampton, NY 11968, and Colin Astarita, Esq., The Law Offices of Astarita & Associates P.C., 33 Main Street, Southampton, NY 11968, attorneys for Aventura Motors, Inc., this 4th day of November 2009.

s/ Martin F. Gusy
Martin F. Gusy