UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

NOV 0 2009 ★

K-Jones

Heinz Kauhsen, d/b/a Classic Racing Cars )
)
) CIVIL ACTION NOTICE
Plaintiff, ) 09-4114 (DRH)
)
-against- ) Filed electronically
)
) **DEFAULT BY CLERK**
Aventura Motors, Inc. )
)
Defendant. ) Copies Mailed To All Parties
) **By Keith A. Jones on 11-04-09**

It appearing from the records in this action that the Summons and Verified Complaint have been served upon Defendant Aventura Motors, Inc., and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that said Defendant has failed to plead or otherwise defend this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendant Aventura Motors, Inc. hereby is entered.

/s/ *Robert C. Heinemann*
**Clerk Of Court**

Dated: *Central Islip New York, 11722*
November 04, 2009

By:/s/ *Keith A. Jones*
*Deputy-Clerk, Keith A. Jones*

**Judgment as to defendant(s)**
AVENTURA MOTORS, INC.